IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC E. HOUSTON, | : | Civil Action No. 4:14-CV-1556 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | (Magistrate Judge Carlson) |
| PRISON OFFICIALS, and JAMES MUNLEY, | : | |
| Defendants. | : | |

**ORDER**

December 9, 2014

The undersigned has given full and independent consideration to the August 19, 2014 report and recommendation of Chief Magistrate Judge Martin C. Carlson. ECF No. 4. Plaintiff did not file objections to the report and recommendation.

Judge Carlson's analysis is thorough; the Court will conserve judicial resources and adopt the report and recommendation in its entirety without further comment.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The August 19, 2014 report and recommendation of Magistrate Judge Martin C. Carlson is ADOPTED. ECF No. 4.

2. The complaint is dismissed with prejudice pursuant to 28 U.S.C. § 1915A(b)(1).

3. The clerk is directed to close the case file.

          BY THE COURT:

          s/ Matthew W. Brann
          Matthew W. Brann
          United States District Judge